UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TERESA MORGAN-JOE,

       Plaintiff,                          Case No. 17-cv-13328
                                                       Hon. Matthew F. Leitman
vs.

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## **AMENDED ORDER**

This matter is before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"). It is hereby ORDERED that attorney's fees should be allowed in this case under the EAJA in the amount of $4,047.81. This award will fully and completely satisfy any and all of Plaintiff's claims for fees under EAJA.

Pursuant to the United States Supreme Court's ruling in *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521 (2010), these attorney's fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government. If the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the

Commissioner may honor the Plaintiff's assignment of EAJA fees providing for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff. If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner shall pay any attorney's fees remaining after such offset to Plaintiff rather than to counsel.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 4, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 4, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764